NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public record.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT





**O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).



FOR THE COURT,

Jan Horbaly
Clerk

10/12/99

cc: Clerk's Office, DCT
    DENISE A. BROGNA
    JOSEPH R. BROWN

**FILED**
**U.S COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 1 2 1999**

**JAN HORBALY**
**CLERK**

ISSUED AS A MANDATE: 10/12/99

THOMPSON V KRAIGE, 99-1541, -1542
DCT - 94-CV-4868-CBM



v
S  MLD COPY PTYS
   MLD NOTICE PTYS
C  JS-6

OCT 27 1999

351.

# United States Court of Appeals for the Federal Circuit

99-1541, -1542

KENNETH THOMPSON and DEBRA TAK,
(doing business as Tak Marketing Systems),

Plaintiffs-Appellants,

v.

SPENSAR KRAIGE (doing business as United Printing),
and SEAN S. MEYERS (doing business as Promotional Impressions),

Defendants-Appellees,

and

PROMOTIONAL FUNDRAISING CONCEPTS, INC. and PAUL BLAIR,

Defendants-Appellees,

and

GRACE HAMRAH and JOHN HAMRAH,

Defendants-Appellees.

O R D E R