UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA     CLOSED SEND

<u>CIVIL MINUTES - APPEALS</u>

Case No.   <u>CV 94-4868-CBM</u>          Date:  <u>October 18, 1999</u>
Court of Appeals # <u>99-1541; 99-1542</u>
For the Federal Circuit

Title:    <u>Kenneth Thompson etal v. Spensar Kraige etal</u>

==================================================================
PRESENT:
            THE HONORABLE CONSUELO B. MARSHALL, JUDGE

         <u>Joseph Levario</u>              <u>No Appearance</u>
          Courtroom Clerk               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:


     No Appearance                         No Appearance


**PROCEEDINGS:**   **FILING AND SPREADING MANDATE OF THE COURT OF APPEALS FOR THE FEDERAL**
                                                           CIRCUIT
    ____ IN COURT        _x_ IN CHAMBERS (No hearing    _x_ COUNSEL NOTIFIED
                                 necessary)

The Court ORDERS that the mandate of the Court of Appeals for the Federal Circuit

      ____ Affirming         ____ Remanding         ____ Reversing and Remanding

      ____ Affirming in part, reversing in part    _xx_ Dismissing Appeal
           and vacated in part & remanded
      ____ Other: _____

is hereby filed and spread upon the minutes of this District Court.

   ____ The record reflects that costs of the prevailing party were taxed by the
        Court of Appeals for the Federal Circuit in the amount of $_____ on _____.

   ____ The Case is set for further proceedings as to _____:
        on _____ at _____.

(ENTERED _____)              ____ MAKE JS-5



MINUTES FORM CV 48                     Initials of Deputy Clerk ___
CIVIL MINUTES - APPEALS      ENTERED ON ICMS              for J.L.

                              OCT 27 1999

                                                            352-